UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____   X

IN RE YASMIN AND YAZ (DROSPIRENONE):   3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND   :
RELEVANT PRODUCTS LIABILITY   :   MDL No. 2100
LITIGATION   :
_____   :   Judge David R. Herndon
This matter relates to:   :
   :   ORDER
   :

April Allen et al. v.   :
Bayer Corporation et al.   :
   :      3:10-cv-11195-DRH-PMF

ORDER STRIKING COMPLAINT

        This matter comes before the Court on its own motion.  To date, this

Multidistrict Litigation includes 1,955 member actions and 2,310 Plaintiffs.

Because of the considerable number of cases involved, the Court agreed with

Plaintiff's leadership that member actions filed in this Multidistrict Litigation may

bundle no more than five Plaintiffs, rather than file cases in the usual single

plaintiff model.  On June 25, 2010, Plaintiffs filed an action in this Multidistrict

Litigation naming 18 Plaintiffs in a single complaint.  Accordingly, pursuant to the

Court's inherent authority to control its own docket and manage its own affairs to

achieve orderly and expeditious disposition of cases, *see Moser v. Universal*

*Engineering Corp.*, 11 F.3d 720 (7th Cir.1993), the Court hereby **ORDERS** the

Clerk to **STRIKE** Plaintiffs' Complaint.  A complaint may be re-filed in this

member action naming no more than five plaintiffs.  The remaining Plaintiffs may

file new member actions bundling no more than five plaintiffs in any individual

complaint.

**SO ORDERED:**

/s/      DavidRHerndon

Chief Judge
United States District Court                    DATE:  June 30, 2010